IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOFTWARE TREE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 6:08-cv-00126-LED |
| | § | |
| ORACLE CORPORATION, a Delaware corporation, | § | JURY DEMANDED |
| | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER OF DISMISSAL

On December 31, 2009, Plaintiff Software Tree, LLC ("Software Tree") and Defendant Oracle Corporation ("Oracle") (collectively "the parties") filed a Joint Motion to Enter Stipulation for Dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The Court hereby confirms the joint stipulation and hereby dismisses the above-captioned action with prejudice.   Each side shall bear its own costs.

**So ORDERED and SIGNED this 4th day of January, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**